UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUKADIEN MOULTRIE,<br><br>                              Plaintiff,<br><br>-against-<br><br>N.Y.C. DEPARTMENT OF CORRECTION MEDICAL STAFF; JOHN DOE MEDICAL STAFF #1; JOHN DOE MEDICAL STAFF #2; JOHN DOE DOCTOR #1; JOHN DOE DOCTOR #2,<br><br>                              Defendants. | 20-CV-2853 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

By order dated April 9, 2020, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the filing fees. Accordingly, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  June 8, 2020
        New York, New York

                                                                    _____
                                                                             COLLEEN McMAHON
                                                                    Chief United States District Judge