UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUKADIEN MOULTRIE,

                Plaintiff,

-against-

N.Y.C. DEPARTMENT OF CORRECTION MEDICAL STAFF; JOHN DOE MEDICAL STAFF #1; JOHN DOE MEDICAL STAFF #2; JOHN DOE DOCTOR #1; JOHN DOE DOCTOR #2,

                Defendants.

20-CV-2853 (CM)

CIVIL JUDGMENT

Pursuant to the order issued June 8, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 8, 2020
            New York, New York

                                                          COLLEEN McMAHON
                                                    Chief United States District Judge